IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

RAYMOND SMITH,

      Petitioner,

v.

STATE OF FLORIDA,

      Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-3652

Opinion filed December 16, 2016.

Petition for Belated Appeal -- Original Jurisdiction.

Raymond Smith, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

      The petition seeking a belated appeal of the order denying motion for postconviction relief rendered on April 26, 2016, in Leon County Circuit Court case numbers 2012-CF-546A, 2014-CF-1862B, 2014-CF-1880B, and 2014-CF-1909A, is granted. Upon issuance of mandate, a copy of this opinion shall be furnished to the clerk of the lower tribunal for treatment as a notice of appeal.

ROBERTS, C.J., MAKAR and M.K. THOMAS, JJ., CONCUR.